DC 11
Rev. 7/82

# WRIT OF EXECUTION

97-565-T

**United States District Court**

DISTRICT: RHODE ISLAND

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

PAUL R. MICHAUD, ALIAS

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $281, 875.10 | and contract interest accrued from March 20,1998 at twelve (12%) percent |

in the United States District Court for the ------------------- District of RHODE ISLAND,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

PAUL R. MICHAUD

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court - Rhode Island | |
| CITY: Providence | DATE: May 6, 2006 |

Witness the Honorable ERNEST C. TORRES
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| February 6, 2006 | (BY) DEPUTY CLERK [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |